CLYDE & CO US LLP
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Lee H. Gorlin (NV Bar No. 13879)
Lee.gorlin@clydeco.us
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
Telephone: 725-248-2900
Facsimile: 725-248-2907

*Attorneys for Plaintiff Evanston Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation. <br><br> Plaintiff, <br><br> v. <br><br> LVI GLOBAL, LLC, a Nevada Limited Liability Company, and DAVID HORNBLOWER, an individual. <br><br> Defendants. | CASE NO.: 2:23-cv-01805-JAD-DJA <br><br> **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| LVI GLOBAL, LLC, a Nevada Limited Liability Company, <br><br> Counter-Claimant <br><br> v. <br><br> EVANSTON INSURANCE COMPANY, an Illinois Corporation, <br><br> Counter-Defendant. | |

Plaintiff Evanston Insurance Company ("Evanston") and Defendant LVI Global Inc. ("LVI" and collectively with Evanston, the "Parties") by and through their attorneys, hereby agree and stipulate to dismiss this entire action (both claims and counterclaims) with prejudice.[1]

---

[1] Although the process of international service on Defendant David Hornblower has begun, Evanston has not received confirmation that he has been served, and Mr. Hornblower has not appeared in this action. Thus, his inclusion is not necessary on this stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

- 1 -

The parties respectfully request that the Court dismiss this entire action (Evanston's Complaint against all defendants and LVI's counterclaim against Evanston) with prejudice. Each party will bear its own attorney's fees and costs.

Dated: June 6, 2024

| HALL JAFFE, LLP | CLYDE & CO US LLP |
|---|---|
| By: *Steven T. Jaffe* | By: *Lee H. Gorlin* |
| Steven T. Jaffe (NV Bar No. 7035) | Amy M. Samberg (NV Bar No. 10212) |
| 7425 Peak Drive | Lee H. Gorlin (NV Bar No. 13879) |
| Las Vegas, Nevada 89128 | 7251 West Lake Mead Boulevard, Suite 430 |
|  | Las Vegas, Nevada 89128 |
| *Attorneys for LVI Global, LLC* | *Attorneys for Evanston Insurance Company* |

## ORDER

Based on the parties' stipulation [ECF No. 14] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice,** each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 10, 2024

# **CERTIFICATE OF SERVICE**

As an employee of Clyde & Co US, LLP, I certify that a copy of the foregoing **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: June 6, 2024

                                               */s/ Debbie Shuta*
                                               An employee of Clyde & Co US LLP

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128